HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-mj-00006-CDB |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| JUSTIN DAMONTE MITCHELL, | |
| Defendant, | |

Defendant Justin Damonte Mitchell, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On February 14, 2024, a Complaint was issued in the above captioned case. Mr. Mitchell had an initial appearance on the allegations in the Central District of California on February 22, 2024, where the court appointed counsel to represent him and ordered him released on conditions. Mr. Mitchell is scheduled for an initial appearance in the Eastern District of California on the pending Complaint, counsel is needed to facilitate his appearance on Thursday, March 7, 2024.

///

///

Mr. Mitchell submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that the counsel be promptly appointed to assist in advance of Mr. Mitchell arraignment.

DATED: February 29, 2024  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Justin Damonte Mitchell is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **February 29, 2024**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE